THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

(Submitted March 15, 1920; decided March 19, 1920.)

Motion for re-argument denied.   (See 227 N. Y. 366.)

---

PAUL G. TISMER, Appellant, *v.* THE NEW YORK EDISON COMPANY, Respondent.

(Submitted March 15, 1920; decided March 19, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 228 N. Y. 156.)